IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| THOMAS EMIL SLIWINSKI, | Cause No. CV 24-47-H-DWM |
| Plaintiff, | |
| vs. | ORDER |
| BRIAN GOOTKIN, ET AL., | |
| Defendants. | |

Plaintiff Thomas Emil Sliwinski has moved to dismiss this matter. (Doc. 44.) Federal Rule of Civil Procedure 41(a)(2) provides an avenue for voluntary dismissal. Accordingly, Sliwinski's Motion to Dismiss is GRANTED. The above-referenced matter is DISMISSED without prejudice. All pending motions are DENIED as moot. The Clerk of Court is directed to close the case.

DATED this 2nd day of September, 2025.

Donald W. Molloy, District Judge
United States District Court

1